# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**Crystal Mitchell,**             CASE NO: 22-48870-mlo
            CHAPTER: 13
            JUDGE: Maria L. Oxholm

      **Debtor.**
_____/

## DEBTOR'S PROPOSED PLAN MODIFICATION #1

NOW COMES, Crystal Mitchell, by and through her attorneys, Frego & Associates - The Bankruptcy Law Office, PLC, and in support of her Proposed Plan Modification #1, states as follows:

1. Debtor filed for relief under Chapter 13 on or about November 10, 2022.

2. Debtor's plan was confirmed on or about February 17, 2023.

3. Debtor was involved in an accident with her Chevy Trax. The insurance company has deemed the vehicle total loss. Therefore, Debtor wishes to modify her Plan in the following manner:

    a. Debtor will surrender the 2019 Chevrolet Trax to creditor Credit Acceptance Corporation. The automatic stay shall be lifted upon approval of this plan modification.

    b. The Trustee will stop making disbursements to Creditor Credit Acceptance Corporation on creditor's class 5 claim. Creditor shall be permitted to file an amended Proof of Claim for any deficiency balance.

    c. Farmers Insurance will be allowed to disburse funds to lienholder Credit Acceptance Corporation for the 2019 Chevrolet Trax.

    d. Debtor's Chapter 13 Plan payment shall be modified to $274.97 bi-weekly effective May 3, 2023.

        i. Debtor needs a replacement vehicle. She will send the requisite paperwork to the Trustee in order to obtain a court order that would allow her to incur credit to finance a vehicle.
        ii. Debtor will also file amended schedules I and J to reflect her current income and anticipated expenses.
        iii. As a result of her anticipated direct vehicle payment, Debtor's Plan payment will change to $274.97 bi-weekly.

    e. Subsequently, Debtor's Chapter 13 Plan payment increase to $286.25 bi-weekly effective April 8, 2024 and eventually to $312.07 bi-weekly effective January 4, 2026.

4. Effect of Proposed Plan Modification #1 on creditors:

    a. Classes One, Two, Five (2), Five (5), Six, and Seven: No adverse impact and will continue to be paid pursuant to plan;
    b. Classes Three, Four, and Eight: No impact as there are no creditors in these classes;

      c. Class Five (1): Credit Acceptance will no longer receive payments.
      d. Class Nine: Debtor is not required to provide a dividend based on the liquidation analysis.

5.    A plan calculation, a worksheet, and a liquidation analysis are attached as Exhibit 6. Debtor will send supporting documents directly to the Trustee.

Wherefore, Debtor requests this court grant her Proposed Plan Modification #1.

Dated: May 3, 2023                                  /s/ Toni Valchanov
                                                     Frego & Associates - The Bankruptcy Law Office, PLC
                                                     Attorneys for Debtor
                                                     23843 Joy Rd.
                                                     Dearborn Heights, MI 48126
                                                     (313) 724-5088
                                                     fregolaw@aol.com
                                                     Toni Valchanov P75398

IN THE MATTER OF:

**Crystal Mitchell,**                                           CASE NO: 22-48870-mlo
                                                                                   CHAPTER: 13
                                                                                     JUDGE: Maria L. Oxholm

                **Debtor.**
_____/

## ORDER MODIFYING PLAN

Debtor having filed a Post Confirmation Plan Modification #1, all interested parties having received Notice, a Certificate of No Response having been filed and the Court being more fully advised;

IT IS HEREBY ORDERED:

1. Debtor hereby surrenders the 2019 Chevrolet Trax to creditor Credit Acceptance Corporation. The automatic stay shall be lifted upon entry of this Order.

2. The Trustee shall cease making disbursements to Creditor Credit Acceptance Corporation on creditor's class 5 claim. Creditor shall be permitted to file an amended Proof of Claim for any deficiency balance.

3. Farmers Insurance shall be allowed to disburse funds to lienholder Credit Acceptance Corporation for the 2019 Chevrolet Trax.

4. Debtor's Chapter 13 Plan payment shall be modified to $274.97 bi-weekly effective May 3, 2023.

5. Debtor's Chapter 13 Plan payment shall increase to $286.25 biweekly effective April 8, 2024.

6. Debtor's Chapter 13 Plan payment shall increase to $312.07 biweekly effective January 4, 2026.

PROPOSED ORDER, EXHIBIT 1

IN THE MATTER OF:

**Crystal Mitchell,**                 CASE NO: 22-48870-mlo
                                                     CHAPTER: 13
                                                     JUDGE: Maria L. Oxholm

        **Debtor.**
_____/

## Notice of Deadline to Object to Proposed Chapter 13 Plan Modification #1

  The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

  If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

  If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

  Objections to the attached proposed chapter 13 plan modification shall be served on the following:

FREGO & ASSOCIATES - THE BANKRUPTCY LAW OFFICE,PLC, 23843 JOY ROAD, DEARBORN HEIGHTS, MI 48127
    DAVID RUSKIN 26555 Evergrenn Rd. Suite 1100 Southfield, MI. 48076
    Crystal Mitchell, 44541 Bayview, Apt. 28205, Clinton Township, MI 48038


Dated: May 3, 2023                                      /s/ Toni Valchanov
                                                           Frego & Associates - The Bankruptcy Law Office,PLC
                                                           Attorneys for Debtor
                                                           23843 Joy Rd.
                                                           Dearborn Heights, MI 48127
                                                           313-724-5088
                                                           fregolaw@aol.com
                                                           Toni Valchanov P75398